1253

1    A   No.   I think that in many instances,...the extent of

2   ...injury of the brain, is not readily assessable, on the basis

3   of observation.   Because, all you see is hemorrhage;...disrup-

4   tion of the cortex, itself.   ...Why individuals...with this

5   trauma,...die, is...subject to question, in that you can't

6   readily demonstrate the changes that,...surely, must occur, in

7   the vital centers.   The...respiratory center, for example,...

8   such that there may have been disruption of blood supply.   ...There

9   may have been actual-- dis-- disruption of blood supply; either

10  to external pressure,...such that it wou-- there was-- it was

11  beyond recovery.   ...Even in spite of removal of the surgery--

12  the clot, at time of surgery.   ...Whether there is a disruption

13  of blood supply, due to disruption of vessels, that supply this

14  area.   ...I think...people can die without much significant...

15  evidence of injury, from blows to the head.....

16    Q   Okay.   In this particu.....

17    A   .....And we-- go ahead.

18    Q   .....In this particular instance, you don't have...an

19  opinion, about why this injury caused death?   In other words, no

20  particular vital center was affected, that.....

21    A   Well, I don't know that.   It may well have been.   But,

22  it's not readily demonstrable.

23    Q   Okay.

24    A   In other words, you can have...impairment-- for exam-

25  ple,...if somebody occludes the...venous return from the brain,

Scott
Dft-X

1258

1  ...if there's inadequate profusion of the brain, the individual

2  dies, promptly.  And you have no evidence, of that, ec-- unless

3  you can demonstrate,...maybe a little hemorrhage of the...soft

4  tissues of the neck.  Which would i-- indicate significant pres-

5  sure, there locally, to have caused death.  But, you don't see

6  any evidence, in the brain, itself, of...cause of death.

7      Q  Will you describe, for me, what you understand to be

8  the remarkable things, about that person's brain, before the

9  traumatic injury, of this man?

10     A  Well, that's a little bit difficult to say, because I

11 don't know what it looked like, before.....

12     Q  Okay.  You don't have an.....

13     A  .....All I can say, is that.....

14     Q  .....opinion, about that?

15     A  .....I see some evidence-- hemorrhage-- old hemorrhage,

16 a reactive...proliferation of...glial cells-- that's so called

17 gliosis, which is as seen with old injury.  And I saw some...

18 partic-- particulate material, which I interpret as...powder

19 debris, subsequent to his...old injury.  And I suspect, that...

20 whoever put in the cranioplasty,...probably could better assess

21 ...how much contraction of the brain, existed, at the time...

22 prior to injury.

23     Q  Okay.  What causes this contraction of the brain,

24 you've been describing?

25     A  Well, apparently, that was...the gunshot wound.

Scott
Dft-X

1262

1       Q  No.  Was it loss of-- what...is it a loss of, that

2  makes the brain shrink?

3       A  Well, I suppose there was actual loss of substance,

4  due to destructive nature of the wound.  Probably, disruption of

5  blood supply to...areas in-- within the temporal lobe and parie-

6  tal lobes, that were primarily involved.  And...what may have

7  occurred, subsequent thereto, as far as...hemorrhage in associ-

8  ation and possible...local compression and extension of the

9  hemorrhage, perhaps within the brain substance.  So,...the

10  exact...sequence of events, is really...speculative.

11      Q  Can you tell me how many injuries, were produced on

12  the skull, itself, that resulted in the injury, that caused

13  death?  Or approximate?

14      A  Innumerable.

15      Q  Innumerable?

16      A  Yeah.

17      Q  Like, does that mean more than five, or more than

18  hundred, or what?.....

19      A  No.....

20      Q  .....Can you give me any estimate?

21      A  .....I-- I-- I just-- there's-- there are many contu-

22  sions and abrasions.  And...it's really hard to distinguish one

23  from what might have been-- one blow may have produced.  For

24  example,...the left forehead, it looks like there's...a linear

25  contusion and abrasion, there...that,...probably, was associated with

Scott
Dft-X

1266

1   one blow, to that particular area.  Then, you look up-- sup--

2   back on-- a little bit on the right side and there are all kinds

3   of abrasions and...contusions, there.  As well as the lacerations

4   So there-- it would suggest, there were several blows.  ...Some

5   blunt, some, possibly, more sharp.  ...But, as far as numbering

6   the...wounds, I-- I wouldn't...attempt that.

7        Q  Can you give me some indication, how much less force

8   it takes to break a cranioplasty.....

9        A  No.....

10       Q  .....and actual skull?

11       A  .....I don't know that.  That's a good question.  I

12  would defer, to the individual who deals with cranioplasty mater-

13  ial.

14       Q  So, you have gone through no process, by which you

15  attempted to estimate, the force used on the skull?

16       A  No.

17       Q  Can you give me an opinion, about whether those blows

18  would have been sufficient, without this victims preexisting

19  medical condition?  Sufficient to kill him, I mean.

20       A  ...It would depend on whether or not, there were asso-

21  ciated...underlying hemorrhage and contusion of the brain.

22       Q  Can you explain that, to me?

23       A  In other words, it ta-- takes a blow, which may not be

24  readily assessed-- or the severity, which...may not be readily

25  assessed by the external appearance.  In other words, a small

1271

1  blow, sometimes, obviously, can produce a subdural hematoma in a

2  ven-- in an individual.  And...they may not even recollect the

3  event and yet, they develop a subdural hemorrhage and,...

4  occasionally, may die.  If they haven't...been seen promptly

5  and-- and...diagnosed-- treated properly.

6        Q   So, can you give me an opinion, about whether the force

7  of those blows, would generally, cause death in a person with no

8  history of skull problems?

9        A   I would think that,...possibly  not.

10       Q   Okay.  Would...you say, probably not?  Or what do you

11  mean.....

12       A   No, I'm just.....

13       Q   ..... by possibly?

14       A   .....saying possibly.  I'm saying fifty, fifty.

15       Q   Okay.

16       A   I don't know.  I-- this is...speculative-- I di--

17  hypothesis, contrary to fact, in other words.  In other words,

18  we've seen inj-- individuals who have much less injury, than is

19  evident, here, who've died of blows to the head.

20       Q   Okay.  And the contrary is true?

21       A   ...Right.

22       MR. KEHNE:  Okay.  That's all.  Thank you.

23

24

25

1274

1   REDIRECT EXAMINATION

2   BY MR. HARRIS:

3       Q  Doctor, you're saying, then, that it is possible,

4   that a person with normal skull conditions, could have died from

5   the type of injuries, suffered by this individual?

6       A  I think it's possible.  You bet.  At the same time, I

7   think that the cranioplasty material is not as resilient and

8   as strong, as...normal bone.  And thus, was a predisposing fac-

9   tor, to the severity of injury.

10      Q  Okay.  Were there any-- was there any damage, you

11  noticed-- any other part of the skull, other than the area where

12  the plastic covered?

13      A  Yes.

14      Q  Okay.  And where was that?

15      A  Well, there were num-- you mean of the scalp, or the

16  skull, itself?

17      A  The...skull, itself, the bone.

18      Q  ...There was extension of-- from the anterior aspect of

19  this defect of the skull-- a fracture.  So, there was additional

20  fracture of the skull, itself, in conjunction with the...injury

21  and disruption of the cranioplasty material.  But, it was an--

22  an-- it was an extension, in the temporal area, where the skull

23  is quite thin.

24      MR. HARRIS:  Okay.  That's all I have.

25      MR. KEHNE:  Nothing further.

Scott
Plf-RDi

1277

1    THE COURT:  You may step down, then.

2    MR. HARRIS:  Could this witness be excused, Judge?

3    MR. KEHNE:  Yes.

4    THE COURT:  Any objection?  Alright.  Thank you.  You are

5    excused, you're free to go.

6    A   Thank you.

7    MR. HARRIS:  Lt. Mahoney.

8

9    THEREUPON:

10    DAN ROBERT MAHONEY, was called as a witness for and on

11    behalf of the Plaintiff and, being first duly sworn upon his

12    oath, was examined and testified as follows:

13

14                    DIRECT EXAMINATION

15    BY MR. HARRIS:

16    Q   Lieutenant, would you state your full name and spell

17    your last name, please?

18    A   Yes.  That's Dan Robert Mahoney, M-A-H-O-N-E-Y.

19    Q   How are you employed?

20    A   I'm currently employed with the Department of Correc-

21    tions, as a...Lieutenant.

22    Q   Okay.  And where do you work?

23    A   ...IACI (phonetic) Main Site, out at the prison.

24    Q   State Penitentiary?

25    A   Right.

32                          Mahoney
                            Plf-Di

1280

1  Q  Okay.  What are your duties, there?

2  A  I'm, currently,...shift supervisor of the swing shift.

3  Q  Okay.  What were your duties, on the 13th day of May

4  of this year?

5  A  I was the...swing shift supervisor.

6  Q  Okay.  Is the State Penitentiary located in Ada County,

7  Idaho?

8  A  Yes, it is.

9  Q  Are you familiar with the circumstances, on the 13th

10  of May, regarding an altercation at Seven House?

11  A  Yes, sir.  I am.

12  Q  About what time of day, did you first become involved

13  in that altercation situation?

14  A  At approximately fifteen, twenty-two hours, I heard a

15  radio transmission, from the temporary tower we have on top of

16  Seven.  I was in Nine House, a closed custody unit, at the time.

17  ...And they were calling control for additional help, because

18  there had been a stabbing, in Unit Seven.

19  Q  Okay.  Did you respond, to Unit Seven?

20  A  Yes, sir.  I did.

21  Q  What is Unit Seven?

22  A  That's our maximum security unit.

23  Q  Okay.  Are you familiar, with...that unit?

24  A  Yes, sir.  I am.

25  Q  Okay.  You'll see a piece of paper, there, to your

33                              Mahoney
                                Plf-Di

1283

1    immediate left, would you go to that...piece of paper and just

2    draw a...map of Unit Seven, as it existed on the 13th of May?

3        A   A map of the whole unit?

4        Q   Yes.   I think so.

5        (Pause)

6        Q   Lieutenant, as you're drawing that-- I'd-- I'm most

7    interested in your...diagramming the...cell area, where this

8    incident took place. . I don't think you have to be as quite as

9    specific, as far as the other...units.  But that portion that.....

10       (Pause)

11       A   This would be-- be here (indicating).

12       Q   You can just point out and describe what you've drawn,

13   there, if you'd like.

14       A   Okay.  This is (indicating) B tier maximum security

15   cells one through eleven, with number one cell being the shower.

16   ...These last three cells (indicating), nine, ten, and eleven,

17   are the isolation cells, where we house death row inmates, or

18   somebody who needs to be kept in isolation.  ...They're walled-

19   off, from the rest of the tier and the door is,...especially on

20   the...first wall, is kept shut and locked.  On five, thirteen of

21   eighty-one,...Mr. Creech's cell was number eight, Mr. Jensen's

22   cell was number five.  Cell number five.

23       Q   Okay.  You've indicated those on there.  Would you,

24   perhaps, draw an arrow on number five and write the...name

25   "Jensen," below it, there (indicating)?  And do the same for

34                          Mahoney
                            Plf-Di

1294

1   number eight, marking "Creech?"  Okay.  Can-- you can take your

2   seat, now, I think.  Can you tell me what you first observed,

3   when you entered that unit, on the day and time in question?

4       A  Yes, sir.  As I-- as I entered B tier, I observed Mr.

5   Creech, sitting on the floor,...directly acrossed (sic) from

6   cell two.  He had his back to the north wall, of the tier.....

7       Q  Would you, perhaps, put an "X" on the diagram, where

8   you observed him, at that time?

9       A  At approximately this position, right here (indicating).

10      Q  Alright.  How many of the cells, one through...eight

11  or nine-- I guess, one through nine, are-- were open, at that

12  time?

13      A  The only cell, on the ones, one through eight that were

14  open, were cell eight and cell five.

15      Q  What was the condition, of the other cell doors?

16      A  They were all secured.  They were locked.

17      Q  Okay.  What was purpose, if you know, of having those

18  two cells open, at that time?

19      A  ...They were supposed to be, out exercising.  That was

20  their period for exercise.

21      Q  Okay.  Is that done normally, two at a time?

22      A  Yes, sir.  It is.

23      Q  Okay.  Any particular reason, you're aware of, as to

24  why, those two cells happened to be open, at that time, rather

25  than two others?

35                          Mahoney
                            Plf-Di

1298

1    A   No, sir.   It's the responsibility of the-- the officer,

2    running the day shift, to establish the walk schedule, for that

3    day.   And he s-- puts it on a chart and they rotate it around,

4    so.....

5    Q   Okay.   How long, are the inmates allowed out of those

6    cells, at any given time?   Do you know?

7    A   They're supposed to have an hour walk, once a day, in

8    maximum security.

9    Q   Okay.   And that's all within the building?   Is that

10   right?

11   A   ...Y-- no, sir.   ...A and C tier, are now protective

12   custody.   And those tiers are open, during the day.   And every-

13   body's out, on the tier.....

14   Q   I see.

15   A   .....watching t.v., or whatever.

16   Q   Okay.   So, this procedure, affected the B section,

17   only?

18   A   Yes.   Just the maximum security t-- tier, itself.

19   Q   Okay.   Alright.   What did you do, after you noticed Mr.

20   Creech, at that location?

21   A   ...As I entered the E door of the tier, I noticed Mr.

22   Creech, there, and the officer running the lockbox.   And I

23   believe it was Officer Dougal (phonetic), at the time, di--

24   told me to go, to cell five.   That's where Sgt. Fitzgerald (pho-

25   netic), had just gone to.   So, I proceeded to cell five and as I

36                     Mahoney
                       Plf-Di

1302

1  entered the cell,...I observed Mr. Jensen, on his back-- a great

2  deal of blood, in the cell.  ...He had his-- the back of his

3  head, was just touching the...back of the cell.  ...Fitzgerald

4  (phonetic) was...kneeling, beside Mr. Jensen and was trying to

5  clear...his mouth out.  He had a great deal of mucous and blood,

6  coming out of his mouth.  And trying to clear his mouth out and

7  hold his tongue, so...he could breath.

8      Q  Uh-huh.  Did you make, any observations, with regard to

9  the interior of cell number five, at that time?

10     A  ...At that time,.....

11     (Sotto voce)

12     A  .....just that there was a great deal of blood, around.

13 And I-- at that particular time, I was just concentrating on...

14 getting to Mr. Jensen, trying to locate the wound, and-- and...

15 trying to get the bleeding, under control.

16     Q  And that-- was that done in cell five?

17     A  Yes, sir.  It was.

18     Q  Okay.  And that's Jensen's cell?

19     A  Right.

20     Q  Okay.  I'm going to hand you some exhibits, here, in a

21 second, that I'd like you to look at.  Was it your opinion, at

22 that time, the...time you made your observations, initially,

23 of Mr. Jensen, that he was alive, or was he dead?

24     A  No.  He was alive.  I-- I knelt down there, beside

25 Fitzgerald (phonetic).  And I turned his-- Mr. Jensen's head,...

1305

1  to the left, to try to discover where all the bleeding, was

2  coming.  And as I-- I lifted his head up, turned it, I believe

3  it was to the left, I noticed a piece of scalp, hanging loose,

4  there.  And it looked like, the wound, itself, was pushing out.

5  I only glanced at it, for a quick second.  And I put my hand over

6  it and yelled for one of the officers, to bring me a towel.  And

7  I kept his head elevated and tipped back, slightly, to try to

8  keep the...airway open, so he could breath.  His.....

9        Q   Okay.

10       A   .....breathing was extremely labored.  And, as a mat-

11  ter of fact, he stopped breathing, on us, twice.  And started to

12  turn kind of a blue color, but then, he-- started to breath

13  again, on his own.

14       Q   On his own, without assistance?

15       A   Right.

16       Q   Is that-- where, on the skull, is that-- was that...

17  loose scalp located, if you can recall?

18       A   ...Like I said, I only had a real quick look, at it,

19  but I-- I believe, it was approximately, in this area, right here

20  (indicating).

21       Q   That's to the rear of the head, then?

22       A   Right.  To the-- in the back, of the head.

23       Q   You've been handed, what's been marked State's Exhibit

24  7 through 10, Preliminary Hearing exhibits.  If you could, just

25  look at all of those, initially, and tell me whether or not, you

38                          Mahoney
                            Plf-Di

1308

1    recognize those four photographs?

2        A   Yes, sir.  I do.

3        Q   What are they, without specifically describing what you

4    see?  What are they pictures of?

5        A   ...They are pictures, of the-- of cell five, Mr.

6    Jensen's cell, after we had removed Jensen, from his cell.

7        Q   Alright.  When did you remove Jensen, from the cell?

8        A   ...Just a rough guess, I would say, anywhere from five

9    to ten minutes, after we got into the cell, the ambulance and

10   the-- Mr. Voor (phonetic), the MTA from the hospital, arrived.

11       Q   Okay.  You removed him, I assume, to transport him to

12   the hospital, at that time?

13       A   Yes, sir.  We did.

14       Q   Was that St. Alphonsus, or do you know?

15       A   Well, they were-- it was my understanding, when they

16   first left, they were going directly to St. Al's.  But, I

17   understand they went to the ISMF Hospital first, to-- we have

18   a couple physician's assistants on duty, over there, and they

19   wanted to see, if they could get him stable, before.....

20       Q   I see.

21       A   .....transporting him all the way down, to St. Al's.

22       Q   Okay.  Do those four photographs, clearly and accur-

23   ately depict the scenes, that you observed, on the day and time

24   in question?

25       A   Yes, sir.  They do.

1312

Q   Inside cell five?

A   Yes, sir.

MR. HARRIS:   Okay.   I'd move for the admission of 7, 8, 9, and 10.

THE COURT:   Alright.   Show them to Counsel, please.

(Pause)

MR. KEHNE:   I have no objection.

THE COURT:   Alright.   State's 7 through 10 will be admitted.

(State's Exhibits Nos. 7 through 10, admitted.)

Q   Did you, at anytime, Lieutenant, notice any other inmates of the institution, present, within that cell, other than those individuals who are housed, in the...cell, or in that B tier?

A   ...No, sir.   Not that I recall.   The-- Mr. Jensen was the only one in five, when-- when I entered the-- entered the cell.   And at--to my-- best of my knowledge, I believe, all the other inmates, with exception of one, who was out to court,... were all locked in their cells.

Q   Okay.   Through the courtesy of the bailiff, I'm handing you State's Exhibit No. 8-- been admitted.   Can you tell me, whether or not, that scene depicts what you observed, with regard to the condition of the back wall?

A   Yes, sir.   It does.

Q   Okay.   Did you have an opportunity, to investigate the

40                          Mahoney
                           Plf-Di

1318

1    condition, inside the cell?  Either while Jensen was still there,

2    or after he was removed, with regard to attempting to locate any

3    weapons, or other instruments of potential assaultive nature?

4        A   Y-- yes, sir.  After we had-- Mr. Creech had been sent

5    to the hospital.  And after, of course, Mr. Jensen was out of

6    there,...Sgt. Fitzgerald (phonetic) and I walked back down the

7    tier and had the cell opened.  And we stood in the doorway,

8    there, and looked into the cell.  And...Sgt. Fitzgerald (phonetic)

9    brought it to my attention, that he saw a-- a toothbrush with an (a)

10   razor blade attached, sittin' up, underneath the...commode and

11   sink combination, there.  And.....

12       Q   Okay.  Before you go any further, I'm handing you

13   what's been marked State's Exhibit 7 and 9, admitted into evi-

14   dence.  Can you tell me, whether or...not, those photographs

15   depict what you observed, at that time, with regard to the...

16   toothbrush and razor blade?

17       A   Yes, sir.  They-- they do.

18       Q   Okay.  Was that...instrument seized, at that time?

19   Do you know?

20       A   ...No.  Not at that time.  Not until...Detective

21   Douthit had come out,...some time later.

22       Q   Alright.  Did you make any other observations, about

23   potential weapons, within the cell area?

24       A   Not at that particular time.  No.

25       Q   Did you later?

41                              Mahoney
                               Plf-Di

1322

1   A   Yes, sir.  I did.

2   Q   Okay.  And when was that?

3   A   ...When Mr. Douthit had came out and went down to cell

4   five, with me, to start his investigation,...I noticed some

5   loose batteries,...laying underneath the bunk.  And there was a

6   sock, laying there an-- and...I mentioned that, to...Mr. Douthit.

7   Q   Okay.  Handing you what's been marked and admitted

8   State's Exhibit No. 10, can you tell me, whether or not, do you

9   recognize that, as the scene you observed, with regard to the

10  batteries and the sock?

11  A   Yes, sir.  It is.

12  Q   Okay.  Do you know, if those were seized by Mr.

13  Douthit?

14  A   Yes, sir.  They were.....

15  Q   And that.....

16  A   .....In fact, I put them in the evidence bag, for him.

17  Q   Okay.  And that's Dan Douthit, of the Ada County

18  Sheriff's Office?

19  A   Yes.

20  Q   Okay.  Before we go any further, is the Mr. Creech,

21  that you observed, at that time, sitting against the wall, pre-

22  sent in court, here today?

23  A   Yes, sir.  He is.

24  Q   Could you point him out, for the record?

25  A   Mr. Creech is sitting right there (indicating), in the

42                          Mahoney
                            Plf-Di

1324

1  ...light grey shirt.

2       MR. HARRIS:  Okay.  Could the record reflect, that the

3  witness has identified the Defendant, in this case, Thomas

4  Eugene Creech?

5       THE COURT:  It may.

6       Q  Did you make any observations, regarding the condition

7  of Mr. Creech, when you first observed him, that afternoon?

8       A  I just glanced at Mr. Creech,...quickly, when I first

9  entered the cell.  And I could see a little blood.  He didn't

10  abe-- to be-- appear to be seriously hurt.  After we had removed

11  Mr. Jensen, from the unit,...I went back in, to the tier.  MTA

12  Voor (phonetic) and Sgt. Fitzgerald (phonetic) were attempting,

13  to take a look at Mr. Creech's wounds.  And...he had his hand,

14  over his right side and he was kinda (sic)...resisting them.

15  And...I knelt down and-- and slapped Creech, on the knee, and I

16  said, "Tom, this is Mahoney.  How about lightenin' up?  We just

17  want to look at your wounds."  And he kinda (sic) backed off, a

18  little, and we were able to get his T-shirt, off of him an--

19  and...take a look at the wounds and put a temporary dressing, on 'em.

20       Q  Okay.  What...observations, did you make, with regard

21  to the wounds?

22       A  The wou-- he had-- he had a cut, approximately three to

23  five inches, on his right side.  ...It wasn't very deep.

24  ...Wasn't even too much blood.  ...He also had one, underneath

25  his...left cheek, I'd say approximately two inches, in-- in

43

Mahoney
Plf-Di

1328

1    length, underneath his left eye, on his cheek.  And he had a

2    few,...what appeared to be, minor abrasions, or scrapes, on

3    his-- on his forearms, both of his forearms.

4         Q  Okay.  Do you know, whether any of those required

5    stitches?

6         A  ...I don't believe they did.  I really.....

7         Q  Okay.

8         A  .....can't testify, to that, I don't think.

9         Q  Alright.  Okay.  Would it be your opinion, that in...

10   observing them, that they wouldn't be that-- that it wouldn't

11   require stitching?  Is that.....

12        A  Yes, sir.  That would be my opinion.

13        Q  .....yes?  Alright.  Did you attempt, to have any

14   conversation with Mr. Creech, at that time, other than getting

15   him to cooperate, in...getting assistance, to treat his wounds?

16        A  Not at that particular time.  No.

17        Q  Okay.  Do you know if Mr. Douthit, later, attempted to

18   interview Mr. Creech, at the Pen?

19        A  Yes, sir.  He did.  We...took Mr. Creech, into the--

20   into the...interview room, that we have in the unit, there.

21        Q  Did Mr. Creech make any particular requests, at that

22   time?

23        A  He signed the waiver...acknowledging, that his rights

24   had been read to him.  But, he refused to...sign an order for Mr

25   Douthit to...interview him.  ...And all he-- all Mr. Creech

44                              Mahoney
                                Plf-Di

1332

1   said, was that he wanted-- as I recall, that he wanted to talk

2   to Sheriff Palmer,.....

3        Q   Okay.

4        A   .....about it.

5        Q   There was no further conversation, then, as far.....

6        A   No, sir.

7        Q   .....as you know?   Okay.

8        (Pause)

9        MR. HARRIS:   That's all I have.   I guess we should, Your

10   Honor, before I do turn it over to Counsel, we should probably

11   have the diagram marked, as Exhibit 11.   And I'll go ahead and

12   move for the admission, of that.

13        MR. KEHNE:   No objection, to that.

14        THE COURT:   Alright.   It will be marked as State's...

15   Exhibit 11 and will be admitted.

16        (State's Exhibit No. 11, marked and admitted.)

17        MR. HARRIS:   Your witness.

18

19                    CROSS EXAMINATION

20   BY MR. KEHNE:

21        Q   What, exactly, was Mr. Creech doing, when you first

22   saw him, when you came in there, that afternoon?

23        A   He was sitting, on the floor, with his back to the

24   wall.

25        Q   Doing nothing, except sitting there?

1335

1     A   Just sitting, there.   Yes, sir.

2     Q   In the time, you were in there, and going in cell five,

3   in dealing with Mr. Jensen, did you see Mr. Creech do anything?

4   Move?   Anything?

5     A   No, sir.   I don't recall, him...moving or doing any-

6   thing, after I entered the tier.   Just, him sitting, there.

7     Q   Was he still in the same place, when you approached

8   him, later?

9     A   ...As I recall, he was still sitting, in the same

10   position, when I went-- after we got Mr. Jensen, out of the unit.

11   I went back on a tier, with Mr. Voor (phonetic) and...Sgt.

12   Fitzgerald (phonetic) and they were kneeling down, beside Mr.

13   Creech, at that time.   And...was still, in a sitting position.

14     Q   Other than the physical wounds, will you tell me any-

15   thing you noticed unusual, about Mr. Creech?

16     A   Just that Mr. Creech, seemed to be a little bit tense.

17     Q   What do you mean, by that?   Can you be a little more

18   specific, for me?   Tell me what he was doing and how he was

19   acting and how that would be different, from how you've.....

20     A   Well, as I recall,.....

21     Q   .....seen him, normally act?

22     A   .....Mr.-- well, he was very tense and-- and I don't

23   know if this a good description, but a little bit wild-eyed.

24   And Mr. Voor (phonetic) was attempting, to pull his hand from his

25   right side an-- an' he was-- an' he-- he pulled back, a

1338

1   little bit, kinda (sic) resisting.

2       Q   Anything else?

3       A   Gosh, not that I can recall.

4       Q   Okay.  Can you describe, or tell me in other words,

5   what you mean by him being wild-eyed?

6       A   ...Well, I've known Mr. Creech for some time and I've

7   talked to him, several times.  And...he just didn't look, his

8   natural calm self, that, you know, a few times, that I'd

9   approached him.  I've seen him one other time, like this, in a--

10  in another case, where I've taken a shank from him, when he'd

11  stabbed another inmate.  And-- and...he just looked, very uptight

12  and very upset.

13      Q   Okay.  Can you tell me,...when that other incident was,

14  you'd seen him wild-eyed?

15      A   Oh, gosh.  That's been some time ago.  That's been

16  three, maybe four years ago.

17      Q   The name of the other inmate, do you remember that?

18      A   ...Mr. Napier (phonetic), I believe, was his name.

19      Q   Was Mr.-- well, if I use the word "eye contact," do

20  you know what I mean, by that?

21      A   Uh-huh.

22      Q   Was Mr. Creech failing to keep eye contact, with the

23  people around him?

24      A   He was just-- he was just-- didn't really have eye contact,

25  with me.  He was just, kinda (sic), starin' right by me.  Just-- just

47                              Mahoney
                                Dft-X

1342

1    kind of a stare.

2        Q   Okay.   You didn't see, him have any unnormal eye con-

3    tact, with the other people, there, either?

4        A   Not that I recall.

5        Q   Did he have anything, with him, that was unusual, when

6    he was sitting there, with his back to the wall?

7        A   ...No, sir.   I don't recall, him having anything.

8        Q   Did you see any signs, that he was under the influence

9    of anything?   Alcohol?   Drugs?

10       A   ...No, sir.

11       Q   Can you think of any reason, other than rec time, or

12   exercise time, Mr. Creech would have been out of his cell?

13       A   Mr. Creech was the assigned tier janitor.   Now, I don't

14   kn-- know, if-- if that particular time, he was out for his

15   exercise period, or whether he was out, for janitorial duties.

16   But, I do know he was assigned the-- the...tier janitor, by--by

17   Mr. Gardner.

18       Q   Alright.   Does that give him, some more freedom, than

19   the other inmates, in that tier?

20       A   Only in that he can come out of his cell and...work at

21   keeping the tier clean.   Sweeping, mopping,...scrubbing the

22   shower down, this type of thing.

23       Q   Can you give me an estimate, about how long, that would

24   keep him out of his cell?

25       A   It would be hard to say.   They might have him out,...

1346

1   just for one period, during the day, to clean up.  Or they might

2   have him come out and-- maybe after everybody is done showering

3   and clean the shower up.  It-- it's possible, that they could

4   have had him out, two or three times, doing some clean-up duties,

5   during that-- during the day.

6       Q   Were there any policies, you were aware of, concerning

7   having a convicted murderer, such as Mr. Creech and some first-

8   timer, such as Mr. Jensen, out at rec time together, or exercise

9   time, together?

10      A   ...No, sir.  Not at the time, that the incident occurred.

11      Q   Was there any particular restrictions, that applied to

12  Mr. Creech, that didn't apply to other...inmates,...because of

13  dangerousness, say?

14      A   ...Not at that time.

15      Q   So, in your mind, there was absolutely nothing unusual,

16  about Mr. Jensen and Mr. Creech being out of their cells, toge-

17  ther?

18      A   Not really.

19      Q   Are you aware, of whether any pictures were taken, of

20  Mr. Creech's injuries?

21      A   ...I wasn't present, if there were some pictures taken,

22  of his injuries.

23      Q   Okay.

24      (Pause)

25      Q   This three to five inch cut, on the right side, did

49                              Mahoney
                                Dft-X

1351

1   that-- can you describe that, more specifically?  Was it kind of

2   like a fingernail scratch, or did it look like, something like a

3   knife or blade had done it?

4        A   It was a little more, than a fingernail scratch.  But,

5   it wasn't-- it wasn't too deep.  It was just a perfect straight

6   line, about three to five inches.

7        Q   Something like a razor blade would make?

8        A   It's possible.  Yes.

9        Q   Can you tell me, right near the scratch, if you saw it

10  this closely, were there abrasions, on either side of that cut?

11       A   Not that I can recall.  ...We just took the shirt off,

12  had a quick glance at it, and Mr. Voor (phonetic) put a bandage

13  right on it.

14       Q   Alright.  Will you be a little more specific, about

15  where on the right side, it was?

16       A   Oh, I'd say, approximately, in this area (indicating).

17       Q   Talking about near the bottom, of the rib cage?

18       A   Yeah.  Near the bottom, would be a good description.

19  Near the bottom of the rib cage, right about in this area here

20  (indicating).

21       Q   Did you...check cell five, to determine whether or not,

22  there was anything, in there, that would have batteries, ordinar-

23  ily?

24       A   When?  At that particular time?

25       Q   Well, at anytime.

1354

1       A   Well, when-- like I said like I've already testified

2   to, after we had both Mr. Creech and Jensen, out of the unit,

3   Sgt. Fitzgerald (phonetic) and I had gone back down, to the cell,

4   and just glanced in there.   ...We didn't want to, go in and dis-

5   turb any of the crime scene, at that point in time.   ...Mr.--

6   Sgt. Fitzgerald (phonetic) pointed out the-- the razor blade and

7   the...toothbrush.   And I told Mr. Fitzgerald (phonetic), "Let's

8   just leave it alone, until the detectives get out here, before we

9   investigate any further."

10       Q   What I'm after, is did Mr. Jensen have a radio, or

11   anything, that it would have batteries?

12       A   Gosh, I don't think there was a radio, in the cell.

13   No, sir.

14       Q   Was there a radio in Mr. Creech's cell, or anything

15   like that?

16       A   Yes.   There was a-- there was a radio, in Mr. Creech's

17   cell, but I don't believe it took D size batteries,.....

18       Q   Are.....

19       A   .....the size we found, in the cell.

20       Q   Okay.   Would D size batteries be contraband, among the

21   inmates?

22       A   No, sir.   It's not.

23       Q   Do you recall anything more, about the discussion with

24   Detective Douthit, where Creech says he wants to talk to Sheriff

25   Palmer?

Mahoney
Dft-X

1358

A  ...No, sir.  I really don't.  ...He-- he-- Mr. Douthit read him his right and had him initial and then, he refused to sign, so that Mr. Douthit could talk to him.  And as I recall, ...Mr. Creech said he'd just like to talk to Sheriff Palmer, before he said anything.

MR. KEHNE:  Alright.  That's all.  Thank you.


REDIRECT EXAMINATION

BY MR. HARRIS:

Q  Just one more question.  What kind of doors, do those cells have on them, just condition?

A  They're barred.  ...They're-- so is the cell door. They're all bars.

Q  So, they're...open, other than the bars?

A  Right.

Q  So that it would be possible, for a person to-- for instance, pass something, from one side of the door, to the other?

A  Oh, yes, sir.  No problem.

Q  Even when they're locked, that would be possible?

A  Yes, sir.  Even when they're locked.

MR. HARRIS:  That's all I have.

MR. KEHNE:  I have nothing else.

MR. HARRIS:  That's all I have.

THE COURT:  You may step down, then.

52                          Mahoney
                            Plf-RDi

1360

1    MR. HARRIS:  Could this witness be excused, Judge?

2    THE COURT:  Any objection, Mr. Kehne?

3    MR. KEHNE:  No.

4    THE COURT:  Alright.  You are excused.....

5    MR. HARRIS:  Dan.....

6    THE COURT:  .....You are free to go.

7    MR. HARRIS:  .....just a minute.  Let me give you your

8  subpoena, okay?

9    (Sotto voce)

10    MR. HARRIS:  My next witness is Dan Douthit.

11    (Sotto voce)

12

13  THEREUPON:

14    DAN DOUTHIT, was called as a witness for and on behalf of

15  the Plaintiff and, being first duly sworn upon his oath, was

16  examined and testified as follows:

17

18                    DIRECT EXAMINATION

19  BY MR. HARRIS:

20    Q  Detective, would you state your.....

21    UNIDENTIFIED VOICE:  We've got an 11:00.  It's just a

22  guilty plea.  Do you want us to wait?

23    (Sotto voce)

24    MR. HARRIS:  We can do it after this witness, Judge, as

25  far as I'm concerned, if-- or we can do it now.....

1364

1   THE COURT:  Alright.

2   MR. HARRIS:  .....It's up to you.

3   UNIDENTIFIED VOICE:  Do you want us to wait?

4   THE COURT:  Yes.  We'll take it up, after this witness.

5   UNIDENTIFIED VOICE:  Okay.

6   Q   Would you state your full name, please?

7   A   Dan Douthit.

8   Q   How do you spell, the last name?

9   A   D-O-U-T-H-I-T.

10  Q   How are you employed?

11  A   I'm a Detective, with Ada County Sheriff's Office.

12  Q   Okay.  Any particular rank?

13  A   A Specialist.

14  Q   Okay.  Were you employed, in that capacity, on the 13th

15  and 14th of...this month, 1981.

16  A   I was.

17  Q   On those...days, did you have an opportunity to involve

18  yourself, in an investigation, of a homicide or potential hom-

19  icide, at the State Penitentiary?

20  A   Yes, I did.

21  Q   When did you first, become involved, in that investi-

22  gation?

23  A   It was, approximately, 4:30 that I arrived at the...

24  institute and met with Lt. Mahoney, who escorted me to Seven

25  House, where I v.....

1366

1    Q   Was that 4:30, in the afternoon?

2    A   Yes, It was.

3    Q   Go ahead.

4    A   ...Where I viewed the scene.

5    Q   Okay.   Where in Seven House, did you go?

6    A   It was on B tier, in...cell five.

7    Q   Okay.   To your immediate left is a diagram, showing

8    House Number Seven and in particular, B tier.   Is that-- does

9    that look familiar, to you, as the location you responded to?

10   A   Yes, it does.

11   Q   Alright.   What did you observe, when you first entered

12   B tier.

13   A   Here would a- went down to cell five.   ...Upon looking

14   into the-- the cell,...observed a great deal of blood, smeared on

15   the wall.

16   Q   Are there some photographs, in front of you there,.....

17   A   No.

18   Q   .....or not?   I think I need-- that's alright, let me

19   see.   I'm handing you, through the courtesy of the bailiff,

20   State's Exhibit No. 8.   Can you tell me-- that's already been

21   admitted.   But, can you tell me, whether or not, you recognize

22   that?

23   A   I do.

24   Q   And what is it?

25   A   It's a photograph of cell five.   That's the way I

55                          Douthit
                            Plf-Di

1370

1  viewed it, when I...first arrived.

2       Q  Okay.  Did you engage in any procedure, to attempt to

3  locate weapons-- weapon or weapons, at that time?

4       A  Yes, I did.   ...It was...already pointed out by Lt.

5  Mahoney, for me.  A...toothbrush with a...razor blade attached

6  to it, underneath the sink.  Also,...some batteries,...scattered

7  underneath the bunk, with one battery remaining in a-- a pair of

8  socks, that was broke open.

9       Q  In a pair of socks, or a sock?

10      A  Two socks, put together.

11      Q  Alright.  What was the condition, of the sock, itself,

12  if you observed it?

13      A  ...It was broke open.  There was some blood, on the

14  end of it, and one battery remaining inside.

15      Q  Alright.  How many batteries, in total, did you locate

16  under the bunk, including the one in the sock?

17      A  Five.

18      Q  Okay.

19  MR. KEHNE:  I'm sorry.  What was that?

20      A  Five.

21      Q  I'm handing you what's been marked State's Exhibits 7,

22  9, and 10.  Could you look at those and refer to them by number

23  and tell me what they...show, or what they indicate?

24      A  No. 10 is a...photograph of...the batteries,...lying

25  under the-- the bunk, with some towels and-- and-- and blood, on

1374

1  the floor, there.

2  Q  Did you seize those?

3  A  I...seized the batteries and the sock.  Yes.

4  Q  Alright.  Go ahead.

5  A  No. 7 is a photograph of the-- a blue toothbrush, with

6  ...the-- a...razor blade attached to the end of it, underneath

7  the sink, next to a-- a...puddle of blood.

8  Q  Did you seize that, too?

9  A  Yes, I did.

10  Q  Okay.  Go ahead.

11  A  The other photograph is a-- of the u-- well, this would

12  be No. 9-- of the toothbrush, with the...razor blade attached,

13  to it,...by itself, on the floor.

14  Q  Okay.  Did you find any other weapons, or potential

15  weapons, inside the B tier area, at that time?

16  A  I did not.

17  Q  Okay.  Did you make any observations, with regard to

18  the...window, or windows, within cell number five?

19  A  Yes, I did.  ...I noticed, that the...back window,...

20  of the cell, which is the only window it has,...was-- has a...

21  piece of writing paper, covering over the window, there.  But,

22  you can see through.

23  Q  Where would the window-- if you could use that dia-

24  gram, point to where that window would be located, in cell number

25  five.

57                    Douthit
                      Plf-Di

1378

1    A  This (indicating) is where you'd walk into-- to B tier.

2  The window'd be on the back portion, of the...cell, here (indi-

3  cating).

4    Q  Okay.  Officer, did you have an opportunity to...

5  interrogate Thomas Creech, sometime, following your examination

6  of cell number five?

7    A  Yes, I did.

8    Q  ...Approximately what time, did that...interrogation,

9  or attempted interrogation, take place?

10   A  At-- I...attempted to...interview, Mr. Creech, at the--

11 Seven House.  ...They had a...room, out there, on the-- the

12 officer's floor.  ...Due to the noise...and such and...his

13 request to see Sheriff Palmer, we...went down to Ada County.

14   Q  Law Enforcement Building?

15   A  Yes.

16   Q  Okay.  About what time did you arrive, at the Law

17 Enforcement Building, with Mr. Creech?

18   A  It was...around 7:20, 7:25, in that area.

19   Q  That's on the 13th?

20   A  Yes.

21   Q  Is the Mr. Creech, that you interviewed, at that time,

22 present in court, here, today?

23   A  Yes, he is.

24   Q  Could you point him out, for the record?

25   A  Yeah.  He's settin' to my left.  He's in a grey...jail

1382

1   shirt,...brown hair.

2        MR. HARRIS:  Okay.  Could the record reflect that the witness

3   has identified the Defendant, in this case, Judge?

4        THE COURT:  It may.

5        Q  What did you first do, when you arrived at the Law

6   Enforcement Building, accompanied by Mr. Creech?

7        A  Placed him in an interview room.  ...His request, was

8   to speak with the Sheriff.  ...I found that the Sheriff was...out

9   of town, at the time.  And...I so advised him.  ...His second

10  request, was to...speak with...Captian Taylor.  I...started,

11  then, trying to locate Captian Taylor.  I...found that he

12  wouldn't be able, to...come to the station, unitl 9:00 or

13  9:30.....

14       Q  What did you do, then?

15       A  .....At that point,...Sgt. Roberts was there.  I

16  talked with Sgt. Roberts and...he agreed, that...he would try

17  to talk with Tom.

18       Q  Did you, at that point, offer Mr. Creech a written

19  waiver of rights form, pursuant to standard procedure?

20       A  Yes I did.

21       Q  Okay.  Was one executed?

22       A  Yes.

23       MR. HARRIS:  Through the courtesy the clerk, I'd like

24  to have marked, State's Exhibit No. 12.

25       THE COURT:  Alright.  It will be so marked.

1385

1    (State's Exhibit No. 12, marked.)

2    Q   Could you hand that, to the witness?   Detective, would

3    you look at that and tell me whether or not, you recognize it.

4    A   Yes, I do.

5    Q   What is it?

6    A   It's a Miranda rights form,...initialed,...by Mr.

7    Creech and is signed, dated five, thirteen, eighty-one at...

8    nineteen, thirty hours.

9    Q   What's nineteen, thirty hours?

10   A   7:30.....

11   Q   Okay.

12   A   .....p.m.

13   MR. HARRIS:   Could I have that back, Counsel, unless you

14   need it, there?

15   MR. KEHNE:   Sure.

16   Q   Did you witness, Mr. Creech signing that...document?

17   A   Yes.   Along with Sgt. Roberts·

18   Q   Okay.   Did Mr. Creech agree, to talk to you, following

19   the execution of that form?

20   A   He did.

21   MR. HARRIS:   Okay.   For foundational purposes, I'd move

22   for the admission of State's 12.

23   MR. KEHNE:   I have no objection.

24   THE COURT:   Any objection?

25   MR. KEHNE:   No.

60                    Douthit
                      Plf-Di

1388

1    THE COURT:  Alright.  State's 12, will be admitted.

2    (State's Exhibit No. 12, admitted.)

3    Q  Would you relate, to the Court, to the best of your

4    recollection, any conversation that you and/or Detective Roberts

5    engaged in, with Mr. Creech, at that time?

6    A  Yes.  ...He agreed to...tell us about the incident,...

7    that happened that day.  He-- he started with the-- you know, I

8    asked him of it-- about what time, this happened.  And he started

9    by saying, that...at approximately...2:30,...that it was due to

10   the guard's change that...the victim,  Jensen, was let out of his

11   cell, for exercise.  ...He give (sic) me a little background, as

12   to saying, that Jensen had been antagonizin' him.....

13   Q  Antagonizing who?

14   A  ...Creech.

15   Q  Okay.

16   A  And-- and I asked him, to be a little more specific

17   and he say's "I--" he thought it was on Monday, that...Jensen,

18   deliberately, spilled...syrup, on the-- the tier floor.  And

19   since...Creech was the...janitor,...he had to clean it up.

20   ...Another...incident was,...where Jensen had thrown trash, onto

21   the tier, he says.  And he felt like he-- that he was being

22   antagonized, by...Jensen.  And...he advised, on the-- the day,

23   that he was let out, on-- on the thirteenth, that...Jensen had

24   come to him.  And he was over by...an outlet-- electrical out-

25   let, near the t.v. and he was...heating some coffee.  And...

61                    Douthit
                      Plf-Di

1393

1    Jensen had come up to him and said something, about...somethin'

2    that somebody else had said.  He didn't elaborate, on any names,

3    at that time.  ...And then, took a swing at him, with a...sock,

4    with...batteries in it.  He says, that...he took the sock away

5    from him and then, punched him in the eye.  ...Nothing else

6    happened, at that point.  He says, that...Jensen, then went...

7    back to his cell and as...Creech had went back, past his cell,

8    it was open.  And he tossed in the...sock, with the batteries,

9    in it and they scattered in the cell.  ...He said he stood there

10   and-- and talked with...Mr. Canturday (phonetic), in cell six,

11   while.....

12        Q   Is that another inmate?

13        A   Yes, it is.

14        Q   Go ahead.

15        A   ...Well, Jensen, apparently, had gone to take a shower.

16   One the-- Jensen's return-- well, it-- correction.  ...He was

17   talkin' with Canturday (phonetic), while Jensen was in his cell.

18   I-- he didn't say, that he had left his cell, at that time.  And

19   he was kinda (sic) peekin' around the corner,...makin' sure that

20   Jensen didn't go up and tell the guards, what had happened.

21        Q   With regard, to which incident?

22        A   In-- to the-- in reference to the...battery...and...

23   punchin' him, in the eye.  He says, all of a sudden, that Jensen

24   came out of his cell and...took a swing at him, with...the...

25   toothbrush,...with the razor.  And...he didn't know, if he was

1398

1   hit, at that time.  But, he...charged into Jensen and to his

2   cell, at that point.  And...he said he hit him, with his fists,

3   first.  And...he said he seen (sic) the-- the battery-- or the

4   sock, with the batteries in it, laying on the bunk, toward the

5   end of the-- end of the bunk.  Said he reached over, picked that

6   up and when he swung at him, he says he thought he-- he'd hit

7   him in-- in the center of the forehead, first.  S-- 'cause

8   blood.....

9       Q   Who had hit who?

10      A   ...Creech had hit Jensen.

11      Q   Okay.

12      A   And...he said, that his blood started to come, from

13  the-- the-- the forehead.  Said he kept hittin' him, several

14  times and-- until Jensen, was down.

15      Q   With the battery sock?

16      A   Yes.  And...says after he hit the floor, he says...

17  finally, the...sock broke open and the batteries scattered.  He

18  says th-- and then, he started kickin' him and kickin' his head.  And...

19  knockin' it against the-- the...back of the-- the cell.  And...

20  he remembered, on one occasion,  hittin' it against the...corner

21  of the bunk.

22      Q   Did you,...at that point, have an occasion  to inquire

23  of Mr. Creech, as to his intent, to...kill Mr. Jensen?

24      A   I asked him, you know, "What was your intent, at that

25  point, when-- when Jensen was down?"  And he said-- I says, "Was

1403

1   your intent, to kill him?"  And he says, "Yes, I think it was."

2       Q   Okay.   Anything further, with regard to that conver-

3   sation, that you can recall?

4       A   We-- we went into the fact, that the guards...found

5   out about it, came...down and took care of Jensen, and-- and for

6   so-- not much more, was talked about, on that-- on that inter-

7   view.

8       Q   Were there any other interviews, with Mr. Creech, as

9   far as you know, that evening, the evening of the 13th?

10      A   There was not.

11      Q   Did he stay in the jail, that night, or did he go back

12  to the Penitentiary?

13      A   We took him back to the Penitentiary.

14      Q   Okay.   Did you again come into contact, with Mr.

15  Creech, on the following day, the 14th of.....

16      A   Yes, I did.

17      Q   Oh, okay.   By the way, at the time you interviewed Mr.

18  Creech, on the 13th, did you know, that the victim, Mr. Jensen,

19  had died?

20      A   I did not.

21      Q   Okay.   Were you later informed, that Mr. Jensen had

22  died?

23      A   I was.

24      Q   Okay.   And when was that?

25      A   It was after, we arrived at the Penitentiary.   The

1405

1   guard had taken...Creech, back to Seven House.  And I was

2   informed, by the guard, there, in control, that he received a

3   call, just a few minutes earlier, that advised him that...Jensen

4   had died.

5        Q   Okay.  And that was all, after the interview?

6        A   Yes, it was.

7        Q   Did you have an occasion, to interview Mr. Creech

8   again, the following day?

9        A   I did.

10       Q   And where did that interview, first take place?

11       A   ...The-- the first one, was at the...Seven House,

12   again in the...room, there, that-- the guard's...floor, there.

13       Q   Okay.  Who was with you, at that time, other than Mr.

14   Creech?

15       A   Sheriff Palmer.

16       Q   Okay.  Had he, then, returned from wherever he was?

17       A   Yes, he did.

18       Q   Okay.  Were you able, to successfully conduct an inter-

19   view, there in Seven House, at that time?

20       A   We were not.

21       Q   Okay.  Why?

22       A   'Cause of the noise, on the tier.  ...One of the in-

23   mates was s-- screamin' and...it was very impractical, to try to

24   interview, at that time.

25       Q   Okay.  Had you had an opportunity, to talk to Mr.